UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA FALZONE, et al.,

    Plaintiffs,

v.

SCRIPPS MEDIA, INC.,

    Defendant.

_____/

Case No. 1:22-cv-612

HON. JANE M. BECKERING

## ORDER TO SHOW CAUSE

Plaintiffs initiated this action on July 5, 2022, claiming subject matter jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332(a)(1), which vests the federal district courts with jurisdiction in cases of sufficient value between citizens of different states where the amount in controversy exceeds $75,000, exclusive of interests and costs.  Having reviewed the Complaint, the Court determines that Plaintiffs alleged insufficient facts to establish diversity jurisdiction.  Specifically, Plaintiffs do not allege an amount in controversy, but request only "[c]ompensatory damages for monetary and non-monetary loss; [e]xemplary and punitive damages" (ECF No. 1 at PageID.13).  Therefore,

**IT IS HEREBY ORDERED** that no later than July 28, 2022, Plaintiffs shall SHOW CAUSE, in writing, why jurisdiction is proper in this Court.

Dated: July 14, 2022

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge