UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA FALZONE, et al.,

    Plaintiffs,

v.

SCRIPPS MEDIA, INC.,

    Defendant.
_____/

Case No. 1:22-cv-612

HON. JANE M. BECKERING

## ORDER

Having reviewed the response of Plaintiffs (ECF No. 6), to this Court's Show Cause Order (ECF No. 5), the Court considers the Show Cause Order satisfied.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall accept for filing Plaintiffs' proposed amended complaint (ECF No. 6-1).

Dated: July 25, 2022

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge