UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

————

D<small>EANNA</small> F<small>ALZONE</small>, et al.,

    Plaintiffs,

v.

S<small>CRIPPS</small> M<small>EDIA</small>, I<small>NC</small>.,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:22-cv-612-JMB-PJG

## ORDER

On December 7, 2022, the undersigned issued an Order to Show Cause to Defendant Scripps Media, Inc. (ECF No. 23). On December 14, 2022, Defendant timely responded. (ECF No. 25). Having reviewed the response, the show-cause order is discharged. A separate order will issue setting a new early settlement conference in this case.

**IT IS SO ORDERED**.

Date: December 19, 2022

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge