UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

D<small>EANNA</small> F<small>ALZONE</small>, et al.,

  Plaintiffs,        Hon. Jane M. Beckering

v.               Case No. 1:22-cv-00612-JMB-PJG

S<small>CRIPPS</small> M<small>EDIA</small>, I<small>NC</small>.,

  Defendant.
_____/

**<u>NOTICE ADJOURNING EARLY SETTLEMENT CONFERENCE</u>**

  This matter is set for an Early Settlement Conference on January 17, 2023, before Magistrate Judge Phillip J. Green. Having reviewed the written exchanges and confidential letters it is evident that the parties are not ready for meaningful negotiations. If the parties make progress in their negotiations and would like to schedule another early settlement conference, they should contact chambers.

              PHILLIP J. GREEN
              United States Magistrate Judge

Date: January 26, 2023        /s/ Jessica K. Wright
              By: Jessica K. Wright, Deputy Clerk