UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA FALZONE, et al.,

    Plaintiffs,

v.

SCRIPPS MEDIA, INC.,

    Defendant.

_____/

Case No. 1:22-cv-612

HON. JANE M. BECKERING

## ORDER

Pending before the Court is the parties' Proposed Stipulated Order to extend the deadlines for discovery and dispositive motions (ECF No. 30). The Court, having reviewed the filing, will grant the extension, but warns that additional requests to extend these deadlines will not be favored.[1] Accordingly:

**IT IS HEREBY ORDERED** that the Proposed Stipulated Order to extend the deadlines for discovery and dispositive motions (ECF No. 30) is GRANTED. The deadline for the completion of discovery is extended to April 26, 2023. The deadline to file dispositive motions is extended to May 25, 2023.

**IT IS FURTHER ORDERED** that additional requests to extend the above deadlines will not be favored.

Dated: February 17, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge

---

[1] According to the Proposed Stipulated Order, "no depositions have been taken in this case" (ECF No. 30 at PageID.179). Because the parties have elected not to take any depositions to date, which the Court notes is nearly 5 months since the September 26, 2022 Scheduling Conference, the Court will not oblige them in any further requests to extend the remaining deadlines in this matter.