UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA FALZONE, et al.,

    Plaintiffs,

v.

SCRIPPS MEDIA, INC.,

    Defendant.

_____/

Case No. 1:22-cv-612

HON. JANE M. BECKERING

**ORDER**

This Court having been informed through the filing of the Report Following Voluntary Facilitative Mediation Session (ECF No. 32) of Plaintiff Deanna Falzone and Defendant's agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Jane M. Beckering, United States District Judge, shall be filed with the Court no later than April 5, 2023.

Dated:  March 6, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge