# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEANNA FALZONE, CLAUDETTE LOZANO,
DAVID PRICE,

      Plaintiffs,

v.

SCRIPPS MEDIA, INC.,

      Defendant.

Case No: 22-cv-00612

Hon. Jane M. Beckering

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF DEANNA FALZONE'S CLAIMS ONLY

WHEREAS the parties, through their respective attorneys, stipulate and agree to the dismissal of Plaintiff Deanna Falzone's claims in their entirety with prejudice and without an award of costs or attorneys' fees to any party;

IT IS HEREBY ORDERED that Plaintiff Deanna Falzone's claims only are dismissed in their entirety with prejudice and without an award of costs or attorneys' fees to any party.

IT IS SO ORDERED.

                                                                                       _____
                                                                                       JANE M. BECKERING
                                                                                       U.S. District Court Judge

Dated: _____

2

Stipulated and agreed:

| | |
|---|---|
| HURWITZ LAW PLLC | KIENBAUM HARDY VIVIANO<br> PELTON & FORREST P.L.C. |
| By: /s/Noah S. Hurwitz (w/permission)<br>Noah S. Hurwitz (P74063)<br>Grant M. Vlahopoulos (P85633)<br>Kara F. Krause (P85487)<br>*Attorneys for Plaintiffs*<br>617 Detroit St., Suite 125<br>Ann Arbor, MI 48104<br>(844) 487-9489<br>noah@hurwtizlaw.com<br>grant@hurwitzlaw.com<br>kara@hurwitzlaw.com | By: /s/Sonja L. Lengnick<br>Elizabeth P. Hardy (P37426)<br>Sonja L. Lengnick (P67101)<br>*Attorneys for Defendant*<br>280 N. Old Woodward Avenue<br>Suite 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>slengnick@khvpf.com |
| Dated: April 4, 2023 | Dated: April 4, 2023 |

474408