UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA FALZONE, et al.,

    Plaintiffs,

v.

SCRIPPS MEDIA, INC.,

    Defendant.
_____/

Case No. 1:22-cv-612

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on the parties' Stipulation to Allow Filing of Amended Affirmative Defenses (ECF No. 42), seeking leave of court to permit Defendant to file its proposed amended affirmative defenses (ECF No. 42-1). The Court having reviewed the stipulation and proposed submission:

**IT IS HEREBY ORDERED** that the Stipulation to Allow Filing of Amended Affirmative Defenses (ECF No. 42) is GRANTED. Defendant may file amended affirmative defenses consistent with the proposed submission (ECF No. 42-1).

Dated: April 10. 2023

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge