UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEANNA FALZONE, et al.,

    Plaintiffs,                      Hon. Jane M. Beckering

v.                                        Case No. 1:22-cv-00612-JMB-PJG

SCRIPPS MEDIA, INC., et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiffs' motion to compel (ECF No. 38) and their motion to extend time for discovery (ECF No. 48). The Court held a hearing on both motions today at which time counsel for both parties appeared in person. Having considered the parties' oral and written submissions, and for the reasons stated on the record, Plaintiffs' motion to compel (ECF No. 38) is **DENIED**. During the hearing, Plaintiffs' counsel advised that Plaintiffs were withdrawing their motion to extend time for discovery. Accordingly, that motion (ECF No. 48) is **DISMISSED**.

    **IT IS SO ORDERED**.

Date: June 23, 2023                                    /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                        United States Magistrate Judge