UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDETTE LOZANO, and DAVID PRICE,<br><br>    Plaintiffs,<br><br>v.<br><br>SCRIPPS MEDIA, INC.,<br><br>    Defendant. | Case No: 22-cv-00612<br><br>Hon. Jane M. Beckering<br><br>Mag. Judge Phillip J. Green |

_____/

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>Grant M. Vlahopoulos (P85633)<br>Kara F. Krause (P85487)<br>HURWITZ LAW PLLC<br>*Attorneys for Plaintiffs*<br>617 Detroit St., Suite 125<br>Ann Arbor, MI 48104<br>(844) 487-9489<br>noah@hurwtizlaw.com<br>grant@hurwitzlaw.com<br>kara@hurwitzlaw.com | Elizabeth Hardy (P37426)<br>Sonja Lengnick (P67101)<br>David Porter (P76785)<br>KIENBAUM HARDY VIVIANO<br>PELTON & FORREST, P.L.C.<br>*Attorneys for Defendant*<br>280 N. Old Woodward Ave., Ste 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>slengnick@khvpf.com<br>dporter@khvpf.com |

_____/

**DEFENDANT'S MOTION FOR PERMISSION TO HAVE CO-COUNSEL ATTEND SETTLEMENT CONFERENCE**

Defendant Scripps Media, Inc., by its counsel, Kienbaum Hardy Viviano Pelton & Forrest, P.L.C., moves this Court for permission to have co-counsel attend the settlement conference, and in support says:

1. Defendant Scripps Media, Inc., is represented by the law firm Kienbaum Hardy Viviano Pelton & Forrest, PLC. Appearances have been filed by lead counsel, Elizabeth Hardy, and co-counsel Sonja Lengnick and David Porter.

2. The Court has scheduled a settlement conference for September 18, 2023. The Court's Order Regarding Settlement Conference states that, "[u]nless excused by a showing of good cause, the attorney who is to conduct the trial shall attend the settlement conference[.]"

3. Ms. Hardy, lead trial counsel, is scheduled to be in trial in another matter, *Deanna Johnson v Ford Motor Co.*, No. 19-cv-10167 (E.D. Mich.), before Judge Gershwin A. Drain, beginning on September 14, 2023. Trial was originally scheduled for August 22, 2023, but was adjourned because of scheduling conflicts by the Court. The trial is expected to last two weeks.

4. Because of Ms. Hardy's scheduling conflict, and out of an abundance of caution, Scripps requests leave to have co-counsel, David Porter, attend the settlement conference. Mr. Porter will participate as co-counsel at any trial in this matter, in addition to lead counsel, Ms. Hardy. He was the primary drafter of the discovery- and dispositive-motion briefing, and he represented Scripps at both hearings regarding Plaintiffs' discovery motions. He is also familiar with the parties' settlement negotiation history.

Therefore, based on good cause shown, Scripps requests permission to have Mr. Porter attend the settlement conference as Scripps' representative.

                                             Respectfully submitted,

                                             KIENBAUM HARDY VIVIANO
                                             PELTON & FORREST, P.L.C.

                                             By:   /s/ *David Porter*
                                                    Elizabeth Hardy (P37426)
                                                    Sonja Lengnick (P67101)
                                                    David Porter (P76785)
                                             280 N. Old Woodward Ave., Suite 400
                                           Birmingham, MI 48009
                                           (248) 645-0000
                                           (248) 645-1385 (fax)
Dated: September 7, 2023         dporter@khvpf.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

                                     */s/ David Porter*
                                     Kienbaum Hardy Viviano
                                     Pelton & Forrest, P.L.C.
                                     280 N. Old Woodward Ave., Suite 400
                                     Birmingham, MI  48009
                                     (248) 645-0000
                                     dporter@khvpf.com
                                     (P76785)

494095