**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CLAUDETTE LOZANO,
DAVID PRICE,

          Plaintiffs,

v.

SCRIPPS MEDIA, INC.

          Defendant.

Case No. 22-cv-00612-JMB-PJG

District Judge Jane M. Beckering
Magistrate Judge Phillip J. Green

| | |
|---|---|
| Noah S. Hurwitz (P74063) | Elizabeth P. Hardy (P37426) |
| Grant M. Vlahopoulos (P85633) | Sonja L. Lengnick (P67101) |
| Kara F. Krause (P85487) | David A. Porter (P76785) |
| Hurwitz Law PLLC | Kienbaum Hardy Viviano Pelton & Forrest |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| 340 Beakes St., Ste. 125 | 280 N. Old Woodward Ave., Ste. 400 |
| Ann Arbor, MI  48104 | Birmingham, MI 48009 |
| (844) 487-9489 | (248) 645-0000 |
| noah@hurwitzlaw.com | ehardy@khvpf.com |
| grant@hurwitzlaw.com | slengnick@khvpf.com |
| kara@hurwitzlaw.com | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties, Plaintiffs Claudette Lozano and David Price ("Plaintiffs") and Defendant Scripps Media, Inc. ("Defendant"), the above-captioned matter is DISMISSED WITH PREJUDICE. This order disposes of all claims and closes the case.

      **IT IS SO ORDERED.**

Date:  September 14, 2023

      /s/ Jane M. Beckering
      Honorable Jane M. Beckering
      United States District Judge

Stipulated to, and respectfully submitted, by:

| | |
|---|---|
| /s/ *Noah S. Hurwitz* | /s/ *David A. Porter (with permission)* |
| Noah S. Hurwitz (P74063) | David A. Porter (P76785) |
| Hurwitz Law PLLC | Kienbaum Hardy Viviano Pelton & Forrest |
| 340 Beakes St., Ste. 125 | 280 N. Old Woodward Ave., Ste. 400 |
| Ann Arbor, MI 48104 | Birmingham, MI 48009 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated: September 14, 2023